PARKER WAGNER, an Infant, by JENNIE P. WAGNER, His Guardian ad Litem, Respondent, v. MATHILDA A. MITTENDORF, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

JENNIE P. WAGNER, Respondent, v. MATHILDA A. MITTENDORF, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin JJ.

JANE LEE, Appellant, v. NEW YORK RAILWAYS COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

DANIEL G. GRIFFIN and Others, as Substituted Trustees, etc., Appellants, v. MICHAEL WIELANDT and Others, as Trustees, and Others, Respondents. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

DAVID BARON, Respondent, v. FRANK GENS & COMPANY, INC., and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

JOHN P. GRIFFIN, Respondent, v. SAMUEL M. BASES, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

AUGUST CONTI and Another, Respondents, v. LEGEND REALTY CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DENNIS JARDINE and Others, Appellants.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

LENA BESNER, as Administratrix, etc., Respondent, v. CENTRAL TRUST COMPANY OF NEW YORK and Others, as Executors and Trustees, etc., of AUGUSTUS D. JUILLIARD and Another, Appellants, Impleaded with Others. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.; Clarke, P. J., and Smith, J., dissented as to the defendants Central Trust Company and others, as executors.

MINNIE BAYER, Appellant, v. WILLIAM O. ROSS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.; Smith, J., dissented.

MAX RENNERT, Respondent, v. ANDREW E. KALBACH, as Receiver of the SECOND AVENUE RAILROAD COMPANY, Appellant.—Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

AMEDEO AJELLO, Appellant, v. LARRY J. MARGULIES, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.